UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PROPHET PAULCIN,

                Plaintiff,

v.                            Case No. 3:12-cv-516-J-39PDB

B. V. REDDISH, et al.,

                Defendants.

---

**ORDER**

1.  On April 30, 2014, an order was entered requiring Defendants to respond to the Third Amended Complaint by May 20, 2014. Order (Doc. 93). Defendants failed to respond. On June 2, 2014, the Court ordered Defendants to show cause within fourteen days why sanctions should not be imposed upon them. Order (Doc. 100). Defendants failed to respond to the Court's Order to Show Cause. On July 23, 2014, Plaintiff filed a Motion for Default Judgment (Doc. 104). To date, Defendants have not responded to Plaintiff's Motion for Default Judgment.

Upon review service of process has been executed upon Defendants Reddish, Swain, Oliver, Metz, and Ryder without any appearance of counsel on their behalf.[1] Counsel has entered an appearance for Defendants Crews, Manucy, Harden, Aviles, Jackson, Lee and Brinson. (Doc. 60).

---

[1] These individuals are employees or former employees of the Florida Department of Corrections.

It is this Court's duty to ensure that litigants proceed responsibly and do not abuse the judicial process or waste judicial resources.  This Court finds that steps should be taken to prevent any further delay of this proceeding and sanctions should be imposed for Defendants' failure to respond to this Court's orders.

Therefore, the Court finds that **Pamela Jo Bondi, the Attorney General of the State of Florida,** shall **pay sanctions of $5,000.00** to the **Clerk of the Court** for failure to respond to the Third Amended Complaint and the show cause order.  To the extent stated above, Plaintiff's Motion for Sanctions (Doc. 103) is **GRANTED**.

Defendants shall have **TWENTY-ONE (21) DAYS** from the date of this order to show cause why default judgment should not be entered.  Failure to respond to this order may result in further sanctions being imposed.

2.   On May 28, 2014, the Court entered an Order to Show Cause (Doc. 99), requiring Plaintiff to show cause why Defendants Patricia Nicole Jenkins, LPN, and Alison Johnson, RN, should not be dismissed from this action.  Plaintiff has failed to show adequate cause.  <u>See</u> Plaintiff's Motion for Enlargement of Time (Doc. 102). This case has been pending since May 2, 2012, and Plaintiff has failed to provide the Court with the correct name and/or location of the Defendants.  Although the Court has attempted to serve the Defendants, service was either unsuccessful or upon the incorrect individual.

In light of the above, Plaintiff's Motion for Enlargement of Time (Doc. 102) is **DENIED**.

3.     Defendant **Patricia Nicole Jenkins, LPN,** is **DISMISSED without prejudice.**

4.     Defendant **Alison Johnson, RN**, is **DISMISSED without prejudice**.

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of July, 2014.

_____
BRIAN J. DAVIS
United States District Judge

sa 7/30
c:
Prophet Paulcin
Ass't A.G. (Maher)
Pamela Jo Bondi, Attorney General, Florida
Alison Johnson