UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PROPHET PAULCIN,

        Plaintiff,

v.                            Case No. 3:12-cv-516-J-39PDB

B. V. REDDISH, et al.,

        Defendants.

_____

**<u>ORDER</u>**

1.  This cause is before the Court on Defendants' Motion for Reconsideration of Court's July 30, 2014 Sanctions Order and Response to Motion for Default Judgment (Motion for Reconsideration) (Doc. 106). Defendants' counsel of record, Susan A. Maher, Esquire, asks that the order imposing sanctions against Attorney General Bondi be vacated and reentered against her. Additionally, Defendants request that default not be entered against them, as they promptly acted to obtain representation and a response will be filed this date.

Ms. Maher explains that after seeking an extension to respond to the third amended complaint, she determined that the case needed

to be transferred to other counsel. She states that there was a reassignment of the case, however, upon review of this Court's docket, no other counsel entered an appearance in this case. After the reassignment, the newly assigned counsel resigned. Ms. Maher notes that the departing counsel's caseload was reassigned, but this case was apparently not included in departing counsel's case list.

The Court accepts Ms. Maher's apology, respects her candor and recognizes her efforts to handle a very demanding caseload. In the future, however, in order to avoid any waste of judicial resources, counsel should ensure that newly designated counsel files a notice of appearance so that another individual is receiving electronic notification of this Court's orders, avoiding undue delays and mishandling of cases.

The Motion for Reconsideration (Doc. 106) is **GRANTED** to the extent that the Court **VACATES** the sanction order against **Pamela Jo Bondi, the Attorney General of the State of Florida.** The Court will not impose monetary sanctions against Ms. Maher in light of her response. Recognizing the administrative and other demands on Ms. Maher's time, it might behoove the Attorney General's Office to have additional counsel designated in this case to ensure that this case receives prompt attention, even if Ms. Maher is called to handle other matters.

2.    Plaintiff's Motions for Default Judgment (Docs. 104 & 107) are **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of July, 2014.

_____
BRIAN J. DAVIS
United States District Judge

sa 7/31
c:
Prophet Paulcin
Ass't A.G. (Maher)
Pamela Jo Bondi, Attorney General, Florida