FILED

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF
FLORIDA JACKSONVILLE DIVISION

2015 MAY -6 P 1:55

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

PROPHET PAULCIN
Plaintiff

V.

B.V. REDDISH, et al.,
defendants

Case No: 3:12-CV516-J-39PDB

== MOTION TO REOPEN CASE / SANCTIONS ==

Now comes, Plaintiff, PROPHET PAULCIN, by and through himself. Hereby files this motion to reopen this case and for sanction against defendants.

On March 30th 2015 this Honorable Court ordered for defendants to file a motion with this court to reopen this case if a settlement is not reached on or before April 20, 2015.

Plaintiff did negotiate a tentative settlement agreement with counsel Mrs. Maher and Braun in March.

Despite counselor assurance that they wanted to settle this case and would do so on or before April 20, 2015. Plaintiff has not heard a word from counsel up 'til this date.

Plaintiff attempted to resolve this case in good faith. However, it appears that defendants were not sincere in their attempts to settle this case.

Plaintiff has been confronted on two separate occasions by non parties to this suit who has made veil threats and or references to plaintiff's audacity to sue D.O.C employees.

Plaintiff does not know if these officers acted alone or at the behest of one or more of the defendants.

In either case, plaintiff avers that settlement negotiations are finished and ask that this Hon. court promptly schedule this case for trial.

Plaintiff's motion for sanctions against the defendants

is based on counselor repeated actions in flaunted an order of this Honorable court despite this court's order to counsel to move to reopen this case on or before April 20, 2015. If a settlement is not reached counsel has not done so for the fourth or fifth time. How difficult can it be to type a one page motion to move to reopen this case or even communicate to plaintiff a yes or no answer to settlement negotiations??? Despite having two attorneys assigned on this case.

Counsel's actions or omissions rather is inexcusable and causes an unnecessary delay in the administration of justice.

Plaintiff asserts that he is entitled to have his day in court within a reasonable time period. This case has been pending for almost three years due to "no" fault of Plaintiff.

Because counsel has failed again to comply with this Hon. court order to reopen this case, Plaintiff must substitute counsel's omission thereby moving to reopen this case. Because if Plaintiff fails to do so, it appears it would not be done.

Therefore, Plaintiff respectfully ask that this Hon. court reopen this case and promptly schedule a trial date.

5-01-15

Respectfully Submitted
Ruphet Kealew DCH
W11537

=Certificate of Service=

I hereby certify that a true & correct copy of the foregoing motion has been placed in the hands of prison officials at Suwannee C.I. for mailing to the Hon. Susan A. Maher and Jamie Brown at: Office of the Attorney General PL 01, The Capitol, Tallahassee, FL 32399-1050 on this 4th day of May 2015.