IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**PROPHET PAULCIN DC#W11537,**

       Plaintiff,

**v.**                                         **Case No. 3:12-cv-516-J-BJD/PDB**

**JULIE JONES, ET AL.**

       Defendants.
_____/

## DEFENDANTS' NOTICE OF PENDING SETTLEMENT

Defendants, **JULIE JONES**, in her official capacity as Secretary of the Florida Department of Corrections, and **J. M. MANUCY, M. HARDEN, DR. J. AVILES, E. JACKSON, LT. COLTON LEE, MILTON BRINSON, M. A. OLIVER**, **R. METZ, SHAWN SWAIN, B.V. REDDISH**, and **DORIS RYDER**, through counsel, hereby notify the Court that the parties have reached a settlement in this matter and that a Joint Stipulated Dismissal With Prejudice will be filed upon completion of the terms of the settlement agreement. The terms of the agreement should be completed within 30 days.

                                              Respectfully submitted,

                                              **PAMELA JO BONDI**
                                              **ATTORNEY GENERAL**
                                              /s/ Susan A. Maher
                                              **SUSAN A. MAHER**
                                              **CHIEF ASSISTANT ATTORNEY GENERAL**
                                              **CORRECTIONS LITIGATION**
                                              **FLORIDA BAR NO. 0438359**

                                              OFFICE OF THE ATTORNEY GENERAL
                                              The Capitol, Suite PL-01
                                              Tallahassee, Florida 32399-1050
                                              (850) 414-3300 - Telephone

```
                              (850) 488-4872 - Facsimile
                    Email: susan.maher@myfloridalegal.com
```

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail to **PROPHET PAULCIN DC#W11537**, Suwannee Correctional Institution, 5964 U.S. Highway 90, Live Oak, Florida 32060, on the   15th   day of May, 2015.

```
                              /s/ Susan A. Maher
                              SUSAN A. MAHER
```

2